**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Kara Spitler  
Probation Officer: Kurt Thoene  

Date: August 28, 2009

Criminal Action No.: 08-cr-00271-JLK

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA, Joseph Mackey

    Plaintiff,

v.

DANIEL PATRICK MEREDITH, Martha H. Eskesen

    Defendant.

---

**SENTENCING MINUTES**

---

**9:07 a.m.**     **Court in session.**

Court calls case.  Defendant present in custody.  Counsel present.

**Change of Plea Hearing:**   May 4, 2009.

**Defendant plead guilty to Counts One, Five, and Twelve of the Indictment.**

Parties received and reviewed the presentence report.

**ORDERED:**   Government's Motion To Dismiss Counts Two, Three, Four, Six, Seven, Eight, Nine, Ten, And Eleven Of The Indictment (Filed 8/26/09; Doc. No. 47) is GRANTED.

**ORDERED:**   Government's §5K1.1 Motion for Substantial Assistance And Downward Departure (Filed 8/27/09; Doc. No. 48) is GRANTED.

9:10 a.m.     Government's witness, Kevin Korsick, US Postal Insector, called and sworn.

*08-cr-00271-JLK*
*Sentencing*
*August 28, 2009*

                Direct examination begins by Mr. Mackey.

9:33 a.m.     Cross examination begins by Ms. Eskesen.

9:53 a.m.     Redirect examination by Mr. Mackey.

9:55 a.m.     Witness excused.

Discussion regarding disputed sentencing guideline issue.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced to a total of **84 months**.  Defendant is sentenced as to Count One to a term of imprisonment of 60 months, and as to Count Five to a term of imprisonment of 60 months, both sentences to run concurrently with one another.  Defendant is also sentenced as to Count Twelve to a term of 2 years, such term to run consecutively to the sentences imposed in Counts One and Five.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **3 years.**  This term consists of 3 years on Count One, 3 years on Count Five, and 1 year on Count Twelve.  All terms to run concurrently with one another.

**Conditions of supervised release:**
- (X)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)    Defendant shall not commit another federal, state or local crime.
- (X)    Defendant shall not possess a firearm or destructive device.
- (X)    Defendant shall comply with the standard conditions adopted by the Court.
- (X)    Defendant shall not illegally possess controlled substances.
- (X)    Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X)    Defendant shall cooperate in the collection of DNA as directed by the

*08-cr-00271-JLK*
*Sentencing*
*August 28, 2009*

        probation officer.

**Special conditions of supervised release :**
- (X) Defendant shall not incur new credit charges or open additional lines of credit in his name or anyone else's, without the approval of the probation officer unless defendant is in compliance with the periodic payment obligations imposed.
- (X) Defendant shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.
- (X) Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (X) Once released from the Bureau of Prisons, if the defendant does not have a viable residence, Defendant is authorized to reside in a residential reentry center for a period of up to six months, to commence as directed by the probation department and follow the rules of the facility. Defendant may be released early if deemed appropriate by the probation officer.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**
Defendant shall pay restitution in the total amount of **$141,270.62**, which is due and payable immediately. Each victim shall receive an approximately proportional payment based on that victim's share of the total loss.

| VICTIM | AMOUNT |
|---|---|
| Citibank | $58,900.02 |
| US Bank | $74,596.15 |
| Bank of America | $ 5,214.19 |
| Discover | $ 1,693.39 |
| Capital One | $   866.87 |

This obligation shall be due and payable during the period of incarceration, with any unpaid balance to be paid in equal monthly installments of at least $100 during the term of supervised release.

Interest is waived.

*08-cr-00271-JLK*
*Sentencing*
*August 28, 2009*

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 300.00, due immediately.

Defendant is advised of the right to appeal.

The Court advises the Defendant that any amount of credit received for time already spent will be determined by the Bureau of Prisons.

The Court will recommend the Defendant serve his sentence in Colorado.

The Court will recommend the Defendant be allowed to participate in the RDAP program.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:41 am.     Court in recess.**
Hearing concluded.
Total in-court time: 1 hour, 34 minutes